**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| MICHAEL JOHN GADDY, | No. 19-15786 |
| Plaintiff-Appellant, | D.C. No. 4:16-cv-01319-HSG |
| v. | |
| M. TOWNSEND, Appeals Coordinator; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Haywood S. Gilliam, Jr., District Judge, Presiding

Submitted August 5, 2020**

Before: SCHROEDER, HAWKINS, and LEE, Circuit Judges.

California state prisoner Michael John Gaddy appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging retaliation. We

have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*,

391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\** The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court properly granted summary judgment because Gaddy failed to raise a genuine dispute of material fact as to whether defendants took any adverse action against him because of a grievance he filed to correct an erroneous disciplinary record, which was in fact corrected. *See Rhodes v. Robinson*, 408 F.3d 559, 567-68 (9th Cir. 2005) (setting forth elements of a First Amendment retaliation claim in the prison context).

**AFFIRMED.**